UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WHITEHEAD, et al.,              ) | Case No. 06-CV-1098-W (JMA) |
|                                        ) | |
|             Plaintiffs,                ) | **ORDER RE TELEPHONIC EARLY** |
|                                        ) | **NEUTRAL EVALUATION CONFERENCE** |
| v.                                     ) | |
|                                        ) | |
| USSA INSURANCE COMPANY, et al.,        ) | |
|                                        ) | |
|             Defendants.                ) | |
|                                        ) | |

    Good cause appearing, the Early Neutral Evaluation Conference, currently scheduled to be held November 6, 2006 at 10:00 a.m., is hereby converted to a <u>telephonic</u> Early Neutral Evaluation Conference.  The telephonic conference will be held on **November 6, 2006** at **10:00 a.m.** before Magistrate Judge Jan M. Adler.  <u>Counsel only</u> for each party shall participate in the conference.  The Court will initiate the conference call.

    **IT IS SO ORDERED.**

DATED: October 24, 2006

                                              Jan M. Adler
                                              U.S. Magistrate Judge